## United States Bankruptcy Court
## Central District of California

1415 State Street, Santa Barbara, CA 93101–2511

# NOTICE OF MOTION TO DISMISS CASE FOR SUBSTANTIAL ABUSE OF THE BANKRUPTCY SYSTEM

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Jonathan Alan Stein<br>**SSN:** xxx–xx–6853<br>**EIN:** 33–0589253<br>dba Law Offices of Jonathan Stein<br><br>2520 Murrell Road<br>Santa Barbara, CA 93109 | **BANKRUPTCY NO.**  9:21–bk–11117–DS<br>**CHAPTER**  11 |

Notice is hereby given that a hearing in this case will be held at:

**Date:** 1/11/2022
**Time:** 11:30am
**Location:** Ctrm 201 (Via ZoomGov), 1415 State St.
Santa Barbara, CA 93101

To Consider and Act Upon The Following:

Motion for dismissal of Chapter 7 case under 11 U.S.C. 707(b) due to a **substantial abuse** of the Bankruptcy System.

Objection to the above shall be made in writing and filed with the Court and served upon the moving party at least **FOURTEEN (14) DAYS** prior to the hearing date. If you fail to file a written response to this motion within such time period, the Court may treat such failure as a waiver of your right to oppose the motion and may grant the requested relief. See Local Bankruptcy Rule 9013–1(a)(7).

For further information, see the Court file.

Please note: Hearing will be held via ZoomGov.
Please refer to the posted calendar on the court's website.

Dated: December 20, 2021

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form nmda 2/2001) VAN–41    **33 /**