| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Armen Manasserian (SBN 288199)<br>Chora Young & Manasserian LLP<br>650 Sierra Madre Villa Ave., Suite 304<br>Pasadena, CA 91107<br>Tel: (626) 744-1838<br>Email: armen@cym.law<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Creditor Gabrielino-Tongva Tribe | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br>Jonathan Alan Stein | CASE NO.: 9:21-bk-11117-DS<br>CHAPTER: 11 |
|---|---|
| Debtor(s) | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Motion to Dismiss Bankruptcy Case, or Alternatively, to Convert to Chapter 7, Pursuant to 11 USC 1112 (Dkt. 33) |

PLEASE TAKE NOTE that the order titled Proposed Order Granting Motion to Dismiss Bankruptcy Case

was lodged on (*date*) __01/20/2022__ and is attached. This order relates to the motion which is docket number __33__.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**CHORA YOUNG & MANASSERIAN LLP**
Paul P. Young (SBN 257571)
Joseph Chora (SBN 284700)
Armen Manasserian (SBN 288199)
Cameron H. Totten (SBN 180765)
650 Sierra Madre Villa Ave, Suite 304
Pasadena, CA 91107
Tel.: (626) 744-1838
Fax: (626) 744-3167
Email: armen@cym.law

Attorneys for Creditor Gabrielino-Tongva Tribe

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>JONATHAN ALAN STEIN,<br><br>    Debtor and Debtor-in-Possession, | Case No. 9:21-bk-11117-DS<br><br>Chapter 11<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS BANKRUPTCY CASE**<br><br>Date:     January 18, 2022<br>Time:    11:30 a.m.<br>Crtrm:   201 (via ZoomGov)<br>Place:   1415 State Street<br>             Santa Barbara, CA 93101 |

     On January 18, 2022 at 11:30 a.m. in Courtroom 201 of the above-captioned ourt, the Honorable Judge Deborah J. Saltzman presiding, the Court held a virtual hearing on the Motion to Dismiss Bankruptcy Case or, Alternatively, to Convert to Chapter 7 [Dkt. No. 33] ("Motion"), filed by Creditor Gabrielino-Tongva Tribe (the "Tribe"). Attorneys Armen Manasserian, Paul Young and Cameron Totten appeared on behalf of the Tribe. Attorneys

Terry L. Gibson and Karen L. Grant appeared on behalf of Creditors Glenn Golden and G2 Database Marketing, Inc., who joined the Motion [Dkt. No. 76]. Attorney David B. Golubchik appeared on behalf of Debtor Jonathan Alan Stein. Attorney Brian Fittipaldi appeared on behalf of the Office of the United States Trustee. All other appearances were as noted on the record.

Having considered all papers submitted in connection with the Motion, for the reasons stated on the record and good cause appearing, **IT IS HEREBY ORDERED** that:

1. The Motion is granted.
2. This bankruptcy case is dismissed with a one-year bar on refiling by Debtor Jonathan Alan Stein.

Dated: _____      _____
Deborah J. Saltzman
United States Bankruptcy Judge

2

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS BANKRUPTCY CASE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __01/20/2022__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

M. Jonathan Hayes: jhayes@rhmfirm.com; Jonathan Stein: jsteinlaw.com; Greg Campbell: ch11ecf@aldridgepite.com; Brian D Fittipaldi: brian.fittipaldi@usdoj.gov; Arvind Nath Rawal: arawal@aisinfo.com; Jennifer C Wong: bknotice@mccarthyholthus.com; Glenn Golden: reed@olmstead.law; Jeffrey S. Kwong: jsk@lnbyg.com; Karen Grant: kgrant@silcom.com; David Golubchik: dbg@lnbyg.com;

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __01/20/2022__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
See attached mailing list.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/20/2022 | Jennifer Housholder | /s/ Jennifer Housholder |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                Page 2                **F 9021-1.2.BK.NOTICE.LODGMENT**

| | | |
|---|---|---|
| County Tax Collector<br>P.O. Box 357<br>Santa Barbara, CA 93102-0357 | BMW Financial Services NA, LLC, c/o AIS Port<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | County Assessor<br>County Government Center, Room 100<br>San Luis Obispo, CA 93408-0001 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Actuaries Unlimited, Inc.<br>16030 Ventura Blvd., Suite 320<br>Encino, CA 91436-2769 | Securities & Exchange Commission<br>444 South Flower St., Suite 900<br>Los Angeles, CA 90071-2934 | Northern Division<br>1415 State Street,<br>Santa Barbara, CA 93101-2511 |
| Barton, Klugman & Oetting, LLP<br>350 Grand Avenue, Ste. 2200<br>Los Angeles, CA 90071-1599 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| California Appellate Law Group LLP<br>96 Jessie St.<br>San Francisco, CA 94105-2925 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | California Appellate Group<br>811 Wilshire Blvd, 17th Floor,<br>Los Angeles, CA 90017-2606 |
| Dorsey & Whitney LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402-1553 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank<br>Citicorp Credit Services<br>Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| Freeman Mathis & Gary LLP<br>550 S. Hope Street, Suite 2200<br>Los Angeles, CA 90071-3200 | Franchise Tax Board<br>Attn: Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Freeman Mathis & Gary LLP<br>100 Galleria Parkway, Ste. 1600<br>Atlanta, GA 30339-5948 |
| Glenn Golden and G2 Database Marketing Inc<br>c/o Wandro and Associates<br>2501 Grand Ave<br>Des Moines IA 50312-5342 | Gabrielino-Tongva Tribe<br>c/o Chora Young & Manasserian, LLP<br>650 Sierra Madre Villa Ave., # 304<br>Pasadena, CA 91107-2071 | Glenn Golden and<br>G2 Database Marketing, Inc.<br>46 Cherokee Drive<br>Abita Springs, LA 70420-3300 |
| Lawyers Mutual Insurance Co.<br>Attn: Accounting<br>3110 West Empire Avenue<br>Burbank, CA 91504-3107 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| | Lee Rudin<br>3500 N Causeway Blvd Ste 820<br>Metairie, LA 70002-3537 | Linda Hong Sun Stein<br>2520 Murrell Road<br>Santa Barbara, CA 93109-1859 |

Meister Economic Consulting, LLC
59 Promesa Avenue
Rancho Mission Viejo, CA 92694-1592

Meredith J. Sesser, A PLC
16030 Ventura Blvd., Suite 320
Woodland Hills, CA 91364

Parker Mills LLP
800 West 6th St., Suite 500
Los Angeles, CA 90017-2708

Reicker Pfau Pyle & McRoy, LLP
1421 State Street, Suite B
Santa Barbara, CA 93101-2507

Santa Barbara County Tax Collector
105 E Anapamu St.
Santa Barbara, CA 93101-2062

Union Bank
Attn: Bankruptcy
Po Box 85643
San Diego, CA 92186-5643

United States Trustee (ND)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-1629

Wells Fargo Home Mortgage
Attn: Correspondence/Bankruptcy
Mac#2302-04e Pob 10335
Des Moines, IA 50306

David B Golubchik
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Avenue
Los Angeles, CA 90034-2645

Glenn Golden
G2 Database Marketing, Inc.
46 Cherokee Drive
Abita Springs, LA 70420-3300

Jeffrey S Kwong
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Avenue
Los Angeles, CA 90034-2645

Jonathan Alan Stein
2520 Murrell Road
Santa Barbara, CA 93109-1859